# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Ponce-Carabantes, Bernardo | Docket No. | 0980 1:19CR02008-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Bernardo Ponce-Carabantes, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 6th day of November 2019, under the following conditions:

**Standard condition #1**: Defendant shall not commit any offense in violation of federal, state or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Mr. Ponce-Carabantes is alleged to be in violation of his pretrial release conditions by committing third degree driving while license suspended and not providing proof of liability insurance (case number 1A0296277) on March 3, 2021.

Conditions of pretrial release were reviewed and signed by Mr. Ponce-Carabantes on November 7, 2019, acknowledging an understanding of his requirements to include standard condition number 1.

On March 3, 2021, this officer received email notification that Mr. Ponce-Carabantes had contact with the Yakima Police Department (YPD) at 3:17 a.m. This officer requested information from the Yakima Police Department regarding the contact. On March 3, 2021, this officer received a copy of the citation noting Mr. Ponce-Carabantes' license plate was ran by a YPD officer at approximately 3:17 a.m. on March 3, 2021. The YPD officer noted the vehicle was registered to Mr. Ponce-Carabantes and reflected his driving status as suspended third degree. According to the citation, the YPD officer conducted a traffic stop and Mr. Ponce-Carabantes admitted he did not have a valid driver's license or insurance. Mr. Ponce-Carabantes received a $600 fine.

On March 3, 2021, this officer requested assistance from United States Probation Officer (USPO) Mendoza (bilingual officer) to contact Mr. Ponce-Carabantes via telephone regarding the citation. According to USPO Mendoza, Mr. Ponce-Carabantes stated he was leaving work and was pulled over by YPD. He stated he does not have a valid driver's license as he owes back child support. Per Mr. Ponce-Carabantes, he plans to request a hearing to show proof he has insurance.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   March 4, 2021 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt
U.S. Pretrial Services Officer |

PS-8

Re: Ponce-Carabantes,, Bernardo
March 4, 2021
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer
3/4/2021

Date